**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

BAYCHAR INC. and BAYCHAR
HOLDINGS LLC,

       Plaintiffs

v.                                                                  Civil No. 04-136-B-C

SALOMON/NORTH AMERICA, INC.,

       Defendant

Gene Carter, Senior District Judge

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge having filed with the Court, with copies to

counsel, her Recommended Decision (Docket Item No. 94) on Defendant's Motions for

Summary Judgment on Implied License/Patent Exhaustion and Non-Infringement

(Docket Item Nos. 51, 53); Plaintiff having filed its Objections to the Recommended

Decision (Docket Item No. 96);  Defendant having filed its Response to Plaintiff's

Objection to the Recommended Decision (Docket Item No. 99); and this Court having

reviewed and considered the Magistrate Judge's Recommended Decision, together with

the entire record, and this Court having made a de novo determination of all matters

adjudicated by the Magistrate Judge's Recommended Decision, and concurring with the

recommendations of the United States Magistrate Judge for the reasons set forth in her

Recommended Decision, and having determined that no further proceeding is necessary,

it is **ORDERED** as follows:

1.      The objections of the Plaintiff are **DENIED**;

2.      The Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**;

3.      The Defendant's Motion for Summary Judgment on Patent Infringement (Docket
        Item No. 53) be, and it is hereby, **GRANTED**, and, alternatively, Defendant's
        Motion for Summary Judgment on Exhaustion/Implied License (Docket Item No.
        51) be, and it is hereby, **GRANTED**;

4.      The Defendant's Motion for Summary Judgment on Anticipation (Docket Item No.
        37) and Motion for Summary Judgment on Obviousness (Docket Item No. 49) be,
        and they are hereby, **DISMISSED AS MOOT**; and

5.      Plaintiff's request for oral argument (Docket Item No. 97) is hereby **DENIED**.


                                    /s/ Gene Carter_____
                                    Gene Carter
                                    Senior District Court Judge

Dated at Portland, Maine this 6th day of November, 2006.

2